| | |
|---|---|
| John R. Kormanik, #5850<br>**Kormanik Hallam & Sneed LLP**<br>206 W. Jefferson Street<br>Boise, Idaho 83702<br>Telephone: (208) 288-1888<br>Fax: (866) 821-9543<br>jrk@khsidaholaw.com | John K. Olson, #6807<br>**Hawley Troxell Ennis & Hawley LLP**<br>877 W. Main Street, Suite 1000<br>Boise, Idaho 83702<br>Telephone: (208) 388-4878<br>Fax: (208) 954-5248<br>jkolson@hawleytroxell.com |
| Virginia Stevens Crimmins, *pro hac vice*<br>**Crimmins Law Firm LLC**<br>214 S. Spring Street<br>Independence, Missouri 64050<br>Telephone: (816) 974-7220<br>Fax: (855) 974-7020<br>v.crimmins@crimminslawfirm.com | **COUNSEL FOR DEFENDANT** |

**COUNSEL FOR PLAINTIFFS**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| CHRISTIAN OLSON,<br>on behalf of himself and others<br>similarly situated, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | Case No.: 15-cv-00136 |
| vs. | )<br>) | |
| S & S RESTAURANTS LLC, | )<br>) | |
| Defendant. | ) | |

### JOINT STATUS REPORT AND NOTICE OF SETTLEMENT

The parties hereby jointly advise the Court that they have reached an individual settlement of Plaintiff Olson's claims in this matter. The parties are diligently working to finalize the settlement agreement, as well as exchange payments. Given the upcoming holidays, including travel schedules and the press of other business, the parties anticipate that they will need two to three weeks to conclude this process. As such, the parties will file a notice of dismissal as soon as practicable but no later than January 5, 2016.

Date: December 16, 2015

Respectfully Submitted,

By: */s/ Virginia Stevens Crimmins*  /s/ *John K. Olson*
John R. Kormanik, # 5850   John K. Olson, # 6807
**Kormanik Hallam & Sneed LLP**   **Hawley Troxell Ennis & Hawley LLP**
206 W. Jefferson Street   877 W. Main Street, Suite 1000
Boise, Idaho 83702   Boise, Idaho 83702
Telephone: (208) 288-1888   Telephone: (208) 388-4878
Fax: (866) 821-9543   Fax: (208) 954-5248
jrk@khsidaholaw.com   jkolson@hawleytroxell.com
  **COUNSEL FOR DEFENDANT**

and

Virginia Stevens Crimmins, *pro hac vice*
**Crimmins Law Firm LLC**
214 S. Spring Street
Independence, Missouri 64050
Telephone: (816) 974-7220
Fax: (855) 974-7020
v.crimmins@crimminslawfirm.com

**COUNSEL FOR PLAINTIFFS**

2