<div style="display: flex;">

John R. Kormanik, #5850
**Kormanik Hallam & Sneed LLP**
206 W. Jefferson Street
Boise, Idaho 83702
Telephone: (208) 288-1888
Fax: (866) 821-9543
jrk@khsidaholaw.com

Virginia Stevens Crimmins, *pro hac vice*
**Crimmins Law Firm LLC**
214 S. Spring Street
Independence, Missouri 64050
Telephone: (816) 974-7220
Fax: (855) 974-7020
v.crimmins@crimminslawfirm.com

**COUNSEL FOR PLAINTIFFS**

John K. Olson, #6807
**Hawley Troxell Ennis & Hawley LLP**
877 W. Main Street, Suite 1000
Boise, Idaho 83702
Telephone: (208) 388-4878
Fax: (208) 954-5248
jkolson@hawleytroxell.com

**COUNSEL FOR DEFENDANT**

</div>

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHRISTIAN OLSON, on behalf of himself and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> S & S RESTAURANTS LLC, <br><br> Defendant. | Case No.: 15-cv-00136 |

### NOTICE OF DISMISSAL

Pursuant to Federal Rule 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal of this action, with each party to bear his or its own costs and attorneys' fees as set forth in the Settlement Agreement. The claims of Plaintiff Christian Olson, and only Plaintiff Christian Olson's claims, shall be dismissed with prejudice.

Date: January 4, 2016

Respectfully Submitted,

| | | |
|---|---|---|
| By: | */s/ Virginia Stevens Crimmins* | */s/ John K. Olson* |
| | John R. Kormanik, # 5850 | John K. Olson, # 6807 |
| | **Kormanik Hallam & Sneed LLP** | **Hawley Troxell Ennis & Hawley LLP** |
| | 206 W. Jefferson Street | 877 W. Main Street, Suite 1000 |
| | Boise, Idaho 83702 | Boise, Idaho 83702 |
| | Telephone: (208) 288-1888 | Telephone: (208) 388-4878 |
| | Fax: (866) 821-9543 | Fax: (208) 954-5248 |
| | jrk@khsidaholaw.com | jkolson@hawleytroxell.com |
| | | **COUNSEL FOR DEFENDANT** |

and

Virginia Stevens Crimmins, *pro hac vice*
**Crimmins Law Firm LLC**
214 S. Spring Street
Independence, Missouri 64050
Telephone: (816) 974-7220
Fax: (855) 974-7020
v.crimmins@crimminslawfirm.com

**COUNSEL FOR PLAINTIFFS**

46574.0003.7846191.1